942

No. 73–5894. BRYANT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5903. BROWN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5911. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5921. CASTANEDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5930. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5949. WEEKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5950. TAYLOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5952. BATY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5956. NEITZEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5958. OLGUIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5968. WAGNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5969. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5974. WINGFIELD *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.